IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. ALVARADO, <br><br>    Plaintiff(s), <br><br>vs. <br><br>DEPUTY CRAWFORD,, <br><br>    Defendant(s). | No. C 06-4227 TEH (PR) <br><br>ORDER OF DISMISSAL |

On July 10, 2006, Plaintiff filed the instant civil rights action and a motion to proceed in forma pauperis (docket nos. 2, 4). On April 9, 2007, this Court dismissed Plaintiff's complaint, but provided him with thirty days in which to file an amended complaint. Since that time, Plaintiff has not filed an amended complaint or made contact with the Court in any way. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: 10/31/07

THELTON E. HENDERSON
United States District Judge